# United States District Court

DISTRICT OF

Plaintiff
PETER J. BIBBY

V.

GLENN SPARR, DANIEL SCHROCK,
AND JANE AND JOHN DOE ET.AL.
AND STATE OF RHODE ISLAND ET.AL.
INDIVUAL CAPACITY
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CA 08 333ML

CASE NUMBER:

I, PETER J. BIBBY declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: [X] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ACI HOWARD COMPLEX CRANSTON, R.I P.O. BOX 8274 ID# 71058 FR1B

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [ ] Yes [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   DELTA MECHANICAL 77 VERMONT AVENUE WARWICK, R.I. 02888
   $26.00 -28-00 PER HOUR X 40 HOURS. (2002)

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [X] No
   b. Rent payments, interest or dividends [ ] Yes [X] No
   c. Pensions, annuities or life insurance payments [ ] Yes [X] No
   d. Disability or workers compensation payments [ ] Yes [X] No
   e. Gifts or inheritances [ ] Yes [X] No
   f. Any other sources [X] Yes [ ] No

   OCCASIONALLY MY WIFE AND SON VERY LITTLE

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. ____________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I owe child support

I declare under penalty of perjury that the above information is true and correct.

8/22/08 [signature]

DATE SIGNATURE OF APPLICANT

Peter J. Bibby
ID# 71058

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ Ø on account to his/her credit at (name of institution) Adult Correctional Institution. I further certify that the applicant has the following securities to his/her credit: N/A

. I further certify that during the past six months the applicant's average balance was $ Ø.

22 Aug 2008 [signature]

DATE SIGNATURE OF AUTHORIZED OFFICER

Arthur D. Bedard
Business Mgmt. Officer

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

PETER J. BIBBY

GLENN V. SPARR, DANIEL SCHROCK, JANE AND JOHN DOE ET.AL. AND STATE OF RHODE ISLAND ET.AL. IN THERE INDIVUAL CAPACITYS

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, PETER J.BIBBY, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (X)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. IN 2003 DELTA MECHANICAL 73 VERMONT AVENUE, WARWICK, R.I. 02888

BETWEEN $26.00 -28.00 PER HOUR IN THE LOCAL 51

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (X)

b. Rent payments, interest or dividends? Yes ( ) No (X)

c. Pensions, annuities or life insurance payments? Yes ( ) No (X)

d. Gifts or inheritances? Yes ( ) No (X)

e. Any other sources? Yes (X) No ( ) OCCASSIONALLY MY WIFE AND SON VERY LITTLE

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

MY WIFE AND SONS VERY LITTLE
AVERAGE QUESS IS ABOUT $100.00 IN THE LAST
THREE MONTHS.

3. Do you own any cash, or do you have money in a checking or savings account?

Yes ( ) No ( X)(Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (X)

If the answer is "yes," describe the property and state its approximate value.

I HAVE A 1996 FORD TRUCK VALUED AT
$500.00 AND SOME TOOLS THAT I USE FOR WORK.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

MY WIFE MARIA AND MY CHILDREN THAT I PAY
SUPPORT FOR.

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on SEPTEMBER 03, 2008
(Date)

(Signature)

PETER J. BIBBY PRO-SE
P.,O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B