UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY :

VS. :

GLENN SPARR; DANIEL SCHROCK; :
AND JANE AND JOHN DOE ET.AL;
CLERKS, AND STATE OF RHODE ISLAND:

28-USCS-1746
AFFIDAVIT

I PETER J. BIBBY, DO SOLEMLY SWEAR UNDER THE PAINS OF PERJURY THAT I DO NOT HAVE MONEYS PRESENTLY IN WHICH I CAN PAY FOR THE FEES AND MARSHALLS SERVICE, HOWEVER IF THIS COMPLAINT STATES A LEGIMATE REQUEST FOR RELIEF IN THE COURTS EYES, I "PROMISE TO PAY" UPON RELEASE THE NECESSARY COSTS IN WHICH THE COURT CHARGES TO FILE THIS COMPLAINT, I NEED TIME TO GET BACK TO WORK IN MY JOB AS A MASTER PIPEFITTER, AND MASTER REFRIGERATION MECHANIC. FOR THIS REASON I AM ASKING FOR THE COURT TO GRANT ME FORMA-PAUPERIS STATUS, I ANTICIPATE I SHOULD BE RELEASED WITHIN THIS YEAR. YOU HAVE MY WORD.

DATED ON SEPTEMBER 03, 2008

PRESENTED BY:

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920