PLAINTIFF REQUEST AN EVIDENTIARY HEARING

UNITED STATES DISTRICT COURT FOR DISTRICT OF R.I.

Peter J. Bibby

VS.

GLENN SPARR ET.AL

CA# 08-333 ML.

EXHIBIT E

PLAINTIFF'S AFFIDAVIT SUPPORTING CONSPIRACY.
BY DEFENDANTS
28-USCS-1746

The AFFIANT Peter J. Bibby STATES the FOLLOWING IS TRUE AND CORRECT PURSUANT TO THE PAINS of PERJURY.

JANUARY 14, 2009
DATED ON:

Pet J Bibby
SIGNED BY:

HISTORY AND TRAVEL OF CIVIL ACTION FILED IN SUPERIOR COURT Peter Bibby VS Glenn SPARR PC-07-5332. THE PLAINTIFF STATES THAT NOT ONLY DID GLENN SPARR AND JUDGE Rodgers CONSPIRE TO PROTECT CLERKS, BUT CLERKS ALSO CONSPIRED TO PROTECT GLENN SPARR, AND HERE IS HOW THEY DID IT, I SAY THIS BECAUSE ATTACHED IS SEVERAL EXHIBITS THAT SUPPORT my ALLEGATION showing that THERE WAS IN FACT A CONSPIRACY, BY THE DEFENDANTS. TO DEPRIVE ME of my FEDERALLY PROTECTED Rights.

# AFFIDAVIT
## 28 USCS-1746

ON OCT, 2007, PLAINTIFF FILED A LEGAL MAL-
PRACTICE SUIT AGAINST THE DEFENDANT GLENN SPARR
THE COMPLAINT WAS FILED AND PAID FOR FROM PROCEEDS IN
WHICH THE PLAINTIFF HAD     HELD BY COURT FROM.
BAIL IN 2004, THE WITHIN MOTION WAS FILED ON
7/28/2008, THIS OBJECTION WAS AGAINST THE DEFENDANTS
MOTION TO DISMISS, UNDER RULE 4(R) NO SERVICE
WITHIN 120 days. THE PLAINTIFF REQUESTED GLENN
SPARR TO WAIVE SERVICE, GLENN SPARR NEVER
RESPONDED AFTER 3 REQUESTS, THE ATTACHED OBJECTION
SHOW A LIST OF MY ATTEMPTS TO PERFECT SERVICE.
GLENN SPARR KNEW THAT AS OFFICER OF COURT
HE OWES A DUTY TO SAVE THE COSTS OF SERVING
JUDICIAL PROCESS, RULE 4d(2) STATES THAT IF
A PERSON IS ASKED BY PLAINTIFF AND FAILS TO
RESPOND, THE PLAINTIFF HAS A RIGHT TO REQUEST
THE COSTS ASSOCIATED WITH COLLECTING AND
PROCESSING A MOTION TO PERFECT SERVICE UNDER
4(d)(5). I THEN FILED A MOTION WITH ALL
THE PARTYS INVOLVED., THE COURT, GLENN SPARR
AND OLEAN + PEARA NEVER OBJECTED, NOR DID
THE COURT EATER EITHER MY OBJECTION AND MOTION
FOR COSTS ON DOCKET SHEET. I PRODUCED RECEIPT
OF MAILING FROM D.O.C. AND MAILED CERTIFICATION
TO COURT THAT THE DEFENDANTS AND THERE ATTORNEY
RECEIVED THE OBJECTION AND MY MOTION FOR COSTS.
THE COURT THEN FAILED TO BRING ME TO COURT
TO ARGUE MY OBJECTION AND MOTION, AND

JANUARY 14, 2009                              Peter J Beaty

②

AFFIDAVIT
28-USCS-1746

DISMISSED MY CASE, I SUBSEQUENTLY FILED A
RULE 60(b) MOTION FOR REHEARING AO TESTIFICATION REQUESTING
ORAL ARGUMENT, A RULE 62(B) TO STAY OPERATION OF
JUDGEMENT, WITH A TIMELY NOTICE OF APPEAL, REQUESTING
TRANSCRIPTS, FORMA PAUPERIS STATUS, IN SUPERIOR COURT
THE PLAINTIFF STAYED THIS CASE BECAUSE THOSE RODGERS
RULED THAT THEY WOULD NOT ASSIGN ANY OF MY MOTIONS.
I WAS DENIED _____ EQUAL PROTECTION, BY ASSIGNING DEFENDANTS CLERKS
MOTION AND NOT BRINGING ME TO ARGUE FOR MY OBJECTION
THIS IS A CONSTITUTIONAL VIOLATION OF MY RIGHTS,
TO REDRESS ANY ISSUES. THE STATE COURTS INTENTIONAL
ACTS HAVE DENIED ME, (ACCESS TO COURTS) THRU THESE ACTIONS.
STATE COURT HAS MANIPULATED MY FILINGS WHEN THE
SUPERIOR COURT CLERKS NEVER ENTERED ANY OBJECTION
ON DOCKET SHEET, GLENN SPARR DID NOT KNOW
AND THAT IS THE REASON I OBTAINED ENTRY OF DEFAULT
AGAINST GLENN SPARR BECAUSE THE CONSPIRACY WITH CLERKS
TO NOT FILE MY PAPERS. WHEN DEFAULT WAS TAKEN
HE THEN MOVED FOR DISMISSAL WHEN CASE WAS STAYED,
AND REFUSED TO ASSIGN HIS MOTION SUPERIOR COURT
DENIED MY ORAL ARGUMENT, WHEN THIS COURT
LOOKS AT MY ATTEMPTS TO SERVE A GLENN SPARR, YOU WILL
SEE THAT I WAS MORE THAN DILIGENT, THE CORRECT
RULING BY JUDGE SHOULD HAVE BEEN TO APPROVE
MY MOTION FOR COSTS DUE TO GLENN SPARRS
LACK OF DILIGENCE. THE PLAINTIFF RIGHT TO REDRESS
HIS ISSUES WERE MANIPULATED BY CLERKS IN THEIR
FAILURE TO FILE MY MOTIONS AND OBJECTIONS, AND GIVE TO JUDGE HURST.

JANUARY 14, 2009

③

AFFIDAVIT
28-USCS-1746

Here your Honor, Take special note to attached docket sheet you will notice my objection was not entered on docket sheet nor my motion for costs, Now if it pleases the court Plaintiff believes, that Glenn Spann did not respond to motion for costs with objection for one reason, the only logical explanation is the defendant clerk and Glenn Spann agreed thru Conspiracy, and that is the reason they never objected, 'or clerks never docketed my objection or motion, Because they had an agreement, *This also confirms Judge Heist Reasons for no certification and this your Honor is* to deft, in her letter Conspiracy, and this your Honor is how Glenn Spann is connected under Color of State Law linking him to this Complaint for a Civil Rights violation. I believe your Honor I have provided, and stated sufficient facts to support the fact that there was a Conspiracy. And the reason Judge Heist did NOT grant a judgement for me in Superior Court. is because she did not see my objection or motion.

As she implies my papers did not say if Glenn Received, a copy of my objection. or if I mailed it to Glenn

January 19, 2009                    Pat J. Dilly

Supporting evidence.
Attachments: Are

(1) D.O.C. Receipt of mailing to Defendant 7/28/2008
(2) Docket entry sheets showing. No entry of my request for motion for Costs and Objection to deft motion to Dismiss. (See note on Docket sheet by me)
(3) Judge Heist confirmation that I did not mail my papers to Defendants, And my 11/10 letter to Judge Heist.

④