UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER J. BIBBY

    v.                                                    CA 08-333 ML

GLENN SPARR, et al.

ORDER

    This matter is before the Court on Plaintiff's Objection to a Report and

Recommendation issued by Magistrate Judge Hagopian on January 6, 2009.  This

Court has reviewed the Report and Recommendation and Plaintiff's objections.  Finding

no merit in Plaintiff's objections, this Court adopts the Report and Recommendation in

its entirety.  Plaintiff's Motion to Proceed In Forma Pauperis is DENIED and the

complaint is DISMISSED for failure to state a claim upon which relief may be granted.


SO ORDERED:


Mary M. Lisi
Chief United States District Judge
January  21 , 2009